1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLIFFORD MCFARLAND,

11            Plaintiff,              No. CIV S-10-0038 FCD DAD

12        vs.

13   CITY OF WEST SACRAMENTO, et al.,    ORDER GRANTING APPLICATION TO
                                        PROCEED IN FORMA PAUPERIS
14            Defendants.

15   _____/

16            Plaintiff, who is represented by counsel, has filed a civil rights complaint together

17   with an application to proceed in forma pauperis.  The proceeding has been referred to the

18   undersigned for the limited purpose of review and approval/disapproval of plaintiff's in forma

19   pauperis application.  (Order filed Jan. 7, 2010, Doc. No. 3.)  Plaintiff's in forma pauperis makes

20   the showing required by 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that

21   plaintiff's January 6, 2010 motion to proceed in forma pauperis (Doc. No. 2) is granted.

22   DATED: January 28, 2010.

23

24                                    _____

25                                    DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE
26   DAD:kw
     Ddad1\orders.civil\mcfarland0038.ordgrifp