UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CLIFFORD McFARLAND,

    Plaintiff,　　　　　　　　　　　　NO. CIV. S-10-0038 FCD DAD

  v.　　　　　　　　　　　　　　　　　　**ORDER**

CITY OF WEST SACRAMENTO, et al.,

    Defendants.

_____/

The petition for an order appointing Dean Littlefield as guardian ad litem for petitioner Clifford McFarland is GRANTED.

IT IS SO ORDERED.

DATED: January 20, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE