AMIE MCTAVISH, ESQ., SBN 242372
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF WEST SACRAMENTO, WEST SACRAMENTO POLICE DEPARTMENT, RINALDO MONTERROSA, JASON MAHAFFEY, and SERGIO ALVAREZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFFORD MCFARLAND,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY OF WEST SACRAMENTO, WEST SACRAMENTO POLICE DEPARTMENT, RINALDO MONTERROSA, JASON MAHAFFEY, SERGIO ALVAREZ, and DOES 1 to 25,<br><br>         Defendants. | Case No.: 2:10-CV-00038-FCD-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT JASON MAHAFFEY AND THE SECOND CAUSE OF ACTION FOR ASSAULT, BATTERY, AND EXCESSIVE FORCE** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel of record that the foregoing claims are hereby dismissed pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) as follows:

1.   That the Complaint of CLIFFORD MCFARLAND is dismissed with prejudice as to Defendant OFFICER JASON MAHAFFEY.

///

///

///

2. That the second cause of action in the Complaint of CLIFFORD MCFARLAND for assault, battery, and excessive force (¶¶ 24-25) is dismissed with prejudice as to all remaining Defendants.

IT IS HEREBY STIPULATED:

Dated:  April 29, 2011                                        ATTORNEY AT LAW

*/s/ Benjamin Cadranel*
By:_____
BENJAMIN CADRANEL
Attorney for Plaintiff
CLIFFORD MCFARLAND

Dated:  April 29, 2011                                        ANGELO, KILDAY & KILDUFF, LLP

*/s/ Amie McTavish*
By:_____
AMIE MCTAVISH
Attorneys for Defendants
CITY OF WEST SACRAMENTO,
WEST SACRAMENTO POLICE
DEPARTMENT, RINALDO
MONTERROSA, JASON MAHAFFEY,
and SERGIO ALVAREZ

**IT IS SO ORDERED.**

Dated: April 29, 2011                              _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE