1  AMIE MCTAVISH, ESQ., SBN 242372
   **ANGELO, KILDAY & KILDUFF, LLP**
2  Attorneys at Law
3  601 University Avenue, Suite 150
   Sacramento, CA  95825
4  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
5
6  Attorneys for Defendants CITY OF WEST SACRAMENTO, WEST SACRAMENTO POLICE
   DEPARTMENT, RINALDO MONTERROSA, and SERGIO ALVAREZ
7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11 CLIFFORD MCFARLAND,                    ) Case No.: 2:10-CV-00038-FCD-DAD
                                          )
12              Plaintiff,                )
                                          ) **STIPULATION FOR DISMISSAL AND**
13         vs.                            ) **ORDER**
                                          )
14 CITY OF WEST SACRAMENTO, WEST          )
15 SACRAMENTO POLICE DEPARTMENT,          )
   RINALDO MONTERROSA, SERGIO             )
16 ALVAREZ, and DOES 1 to 25,             )
                                          )
17                                        )
              Defendants.                 )
18 _____ )

19                   **STIPULATION**

20        IT IS HEREBY STIPULATED by and between the parties to this action through their

21 respective counsel of record that the Complaint of CLIFFORD MCFARLAND is hereby

22 dismissed with prejudice as to all Defendants pursuant to Federal Rules of Civil Procedure, Rule

23 41(a)(1), with the parties bearing their own costs and attorneys' fees.

24

25  Dated:  July 11, 2011                 ATTORNEY AT LAW

26                                          */s/ Benjamin Cadranel*
27                                        By:_____
                                            BENJAMIN CADRANEL
28                                          Attorney for Plaintiff
                                            CLIFFORD MCFARLAND

                                1
                STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

{00053487}

1    Dated:  July 11, 2011                          ANGELO, KILDAY & KILDUFF, LLP

2                                                            */s/ Amie McTavish*

3                                                   By:_____
                                                        AMIE MCTAVISH
4                                                       Attorneys for Defendants
                                                        CITY OF WEST SACRAMENTO,
5                                                       WEST SACRAMENTO POLICE
                                                        DEPARTMENT, RINALDO
6                                                       MONTERROSA, and SERGIO
7                                                       ALVAREZ

8

9

10                                            **ORDER**

11          The Court having reviewed the foregoing stipulation of the parties and for good cause

12    appearing, it is hereby ordered that this case shall hereby be dismissed with prejudice.

13

14    Dated: July 12, 2011

15

16    _____
        FRANK C. DAMRELL, JR.
17        UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

---

2
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

{00053487}